1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:11-CV-01804-LJO-DLB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF <u>ONLY</u> DEFENDANTS RICHARD C. WARING AND GENAVE D. WARING; ORDER** |
| vs. | |
| TACOS TIJUANA Y MARISCOS, LLC, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") has discovered that Defendants Richard C. Waring and Genave D. Waring are not proper parties to this action;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>only</u> Defendants Richard C. Waring and Genave D. Waring be dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 5, 2011                     MOORE LAW FIRM, P.C.


                                           /s/Tanya E. Moore
                                           Tanya E. Moore
                                           Attorneys for Plaintiff Natividad Gutierrez


*Gutierrez v. Tacos Tijuana Y Mariscos, LLC, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Upon request of Plaintiff and good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> Defendants Richard C. Waring and Genave D. Waring be dismissed with prejudice from this action. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **December 5, 2011**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE