1

2

3

4

5

6           UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
7

8                                        )
   NATIVIDAD GUTIERREZ                    )   1: 11 CV 01804  DLB
9                                        )
                                          )   SCHEDULING ORDER (Fed. R. Civ. P. 16)
10                                        )
              Plaintiff,                  )   Discovery Deadlines:
11                                        )        Initial Disclosures: February 15, 2012
        v.                                )        Non Expert: December 14, 2012
12                                        )        Expert: February 28, 2013
                                          )
13   TACOS IJUANA Y MARISCOS, LLC, et al.,)   Non-Dispositive Motion Deadlines:
                                          )        Filing: March 5, 2013
14                                        )        Hearing: April 12, 2013
              Defendant.                  )
15                                        )   Dispositive Motion Deadlines:
                                          )        Filing: April 30, 2013
16   _____          Hearing: June 21, 2013

17                                            Status Conference re: Settlement:
                                                   March 27, 2012 at 9:00 a.m.
18

19                                            Pre-Trial Conference:
                                                   August 2, 2013 at 1:30 p.m.
20                                                 Courtroom 9

21                                            Trial:   September 24, 2013 at 9:00 a.m.
                                                   Courtroom 9  JT  3 to 4 days
22

23   **I.      Date of Scheduling Conference**

24      January 31, 2012.

25   **II.     Appearances of Counsel**

26      Tanya E. Moore appeared on behalf of Plaintiff.

27      Zachary Best appeared on behalf of Defendant.

28
                                    1

1   **III.     Consent to the Magistrate Judge**

2              Pursuant to 28 U.S.C. §636(c) the parties have all consented to conduct of any and

3   all further proceedings in this case, including trial, before a U.S. Magistrate Judge.  If one is not

4   already on file, they shall file a written stipulation and consent within 15 days of this order.

5   **IV.     Discovery Plan and Cut-Off Date**

6              The parties are ordered to exchange the initial disclosures required by Fed. R. Civ.

7   P. 26(a)(1) on or before February 15, 2012.

8              The parties are ordered to complete all discovery pertaining to non-experts on or

9   before December 14, 2012 and all discovery pertaining to experts on or before February 28,

10  2013.

11             The parties are directed to disclose all expert witnesses, in writing, on or before

12  January 15, 2013, and to disclose all supplemental experts on or before January 31, 2013.  The

13  written designation of retained and non-retained experts shall **be made pursuant to Fed. R. Civ.**

14  **P. Rule 26(a)(2) (A) , (B) and (C) and shall include all information required thereunder.**

15  Failure to designate experts in compliance with this order may result in the Court excluding the

16  testimony or other evidence offered through such experts that are not disclosed pursuant to this

17  order.

18             The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery

19  relating to experts and their opinions.  Experts must be fully prepared to be examined on all

20  subjects and opinions included in the designation.  Failure to comply will result in the imposition

21  of sanctions, which may include striking the expert designation and preclusion of expert

22  testimony.

23             The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely

24  supplement disclosures and responses to discovery requests will be strictly enforced.

25  **V.      Pre-Trial Motion Schedule**

26             All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be

27

28                                              2

1   filed no later than March 5, 2013 and heard on or before April 12, 2013.  Non-dispositive

2   motions are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States

3   Magistrate Judge in Courtroom 9.  **Counsel must comply with Local Rule 251 with respect to**

4   **discovery disputes or the motion will be denied without prejudice and dropped from**

5   **calendar.**

6                              **Discovery Disputes**

7                 No written discovery motions shall be filed without the prior approval of the

8   Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a

9   good faith effort to resolve by agreement the issues in dispute. If that good faith effort is

10  unsuccessful, the moving party shall then seek a prompt conference with the Magistrate Judge by

11  telephone.  The Clerk will inform counsel of the time and date of the telephone conference and it

12  shall be the responsibility of the moving party to initiate the telephone conference call to

13  chambers. The recording of telephone hearings or conferences with the Court is prohibited,

14  except with prior permission of the Court. The request for a conference with the Court carries

15  with it a professional representation by the lawyer that a conference has taken place and that he

16  or she has made a good faith effort to resolve the dispute.

17                 The lawyers or unrepresented parties shall supply the judicial officer with the

18  particular discovery materials (such as objectionable answers to interrogatories) that are needed

19  to understand the dispute.

20                 In scheduling such motions, the Magistrate Judge may grant applications for an

21  order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an

22  order shortening time, the notice of motion *must* comply with Local Rule 251.

23                 Counsel may appear and argue non-dispositive motions by telephone, providing a

24  written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five

25  (5) court days before the noticed hearing date.  In the event that more than one attorney requests

26  to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and

27

28                                              3

1 originate a conference call to the court.

2        All Dispositive Pre-Trial Motions shall be filed no later than April 30, 2013 and

3 heard no later than June 21, 2013, in Courtroom 9 before the Honorable Dennis L. Beck, United

4 States Magistrate Judge.  In scheduling such motions, counsel shall comply with **Fed.R.Civ.P 56**

5 **and Local Rules 230 and 260**.

6                    **Motions for Summary Judgment or Summary Adjudication**

7        Prior to filing a motion for summary judgment or motion for summary

8 adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss

9 the issues to be raised in the motion.

10        The purpose of the meeting shall be to: 1) avoid filing motions for summary

11 judgment where a question of fact exists; 2) determine whether the respondent agrees that the

12 motion has merit in whole or in part; 3) discuss whether issues can be resolved without the

13 necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of

14 settlement before the parties incur the expense of briefing a summary judgment motion; 6)  to

15 arrive at a joint statement of undisputed facts.

16        The moving party shall initiate the meeting and provide a draft of the joint

17 statement of undisputed facts**. In addition to the requirements of Local Rule 260 the moving**

18 **party shall file a joint statement of undisputed facts**.

19        In the notice of motion the moving party shall certify that the parties have met and

20 conferred as ordered above or set forth a statement of good cause for the failure to meet and

21 confer.

22        **VI.        Pre-Trial Conference Date**

23        August 2, 2013 at 1:30 p.m. in Courtroom 9 before Magistrate Judge Beck.

24        The parties are ordered to file a **Joint Pretrial Statement pursuant to Local**

25 **Rule 281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement

26

27

28                                            4

1  in Word Perfect X5[1] format, directly to Judge Beck's chambers by emailing it to

2  DLBOrders@caed.uscourts.gov.

3          Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** of

4  Practice for the Eastern District of California, as to the obligations of counsel in preparing for the

5  pre-trial conference.  The Court will insist upon strict compliance with those rules.  In addition to

6  the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint

7  Statement of the case to be used by the Court to explain the nature of the case to the jury during

8  voir dire.

9          VII.    **Trial Date**

10         September 24, 2013 at 9:00 a.m. in Courtroom 9 before the Honorable Dennis L.

11  Beck, United States Magistrate Judge.

12                 A.      This is a jury trial.

13                 B.      Counsels' Estimate of Trial Time: 3 to 4 days.

14                 C.      Counsel's attention is directed to Local Rules of Practice for the Eastern

15                         District of California, Rule 285.

16         VIII.   **Settlement Conference**

17         A Status Conference Re Settlement is scheduled for March 27, 2012 at 9:00 a.m.

18  in Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

19         Should the parties desire a settlement conference, they will jointly request one of

20  the court, and one will be arranged.  In making such request, the parties are directed to notify the

21  court as to whether or not they desire the undersigned to conduct the settlement conference or to

22  arrange for one before another judicial officer.

23

24

25

26         [1] If WordPerfect X5 is not available to the parties then the latest version of WordPerfect
    or any other word processing program in general use for IBM compatible personal computers is

27  acceptable.

28                                                  5

1    **IX.**        **Request for Bifurcation, Appointment of Special Master, or other**

2              **Techniques to Shorten Trial**

3              Not applicable at this time.

4    **X.**    **Related Matters Pending**

5              There are no pending related matters.

6    **XI.**   **Compliance with Federal Procedure**

7              All counsel are expected to familiarize themselves with the Federal Rules of Civil

8    Procedure and the Local Rules of Practice of the Eastern District of California, and to keep

9    abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it

10   is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow

11   the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of

12   Practice for the Eastern District of California.

13   **XII.**   **Effect of this Order**

14             The foregoing order represents the best estimate of the court and counsel as to the

15   agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for

16   this case.  If the parties determine at any time that the schedule outlined in this order cannot be

17   met, counsel are ordered to notify the court immediately of that fact so that adjustments may be

18   made, either by stipulation or by subsequent status conference.

19             **Stipulations extending the deadlines contained herein will not be considered**

20   **unless they are accompanied by affidavits or declarations, and where appropriate attached**

21   **exhibits, which establish good cause for granting the relief requested.**

22             Failure to comply with this order may result in the imposition of sanctions.

23

24   IT IS SO ORDERED.

25   **Dated:**   **February 2, 2012**              _____/s/ **Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28                                          6