K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TACOS TIJUANA Y MARISCOS, LLC, et al.,<br><br>　　　　Defendants. | No. 1:11-CV-01804-DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Tacos Tijuana y Mariscos, LLC, Juan Delgado and Ramon Delgado, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. All parties to bear their own attorney's fees and costs in connection with this lawsuit.

Date: June 8, 2012                                                           MOORE LAW FIRM, P.C.


                                                                             /s/Tanya E. Moore
                                                                             Tanya E. Moore
                                                                             Attorney for Plaintiff Natividad Gutierrez

*Gutierrez v. Tacos Tijuana y Mariscos, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order

| | |
|---|---|
| Date: June 8, 2012 | CORFEE STONE & ASSOCIATES |

                                                  /s/ Zachary Best
                                                  Zachary Best
                                                  Attorneys for Defendants Tacos Tijuana y Mariscos, LLC, Juan Delgado and Ramon Delgado

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

    Dated:   **June 8, 2012**                                  /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

*Gutierrez v. Tacos Tijuana y Mariscos, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order