1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Natividad Gutierrez

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,           ) No. 1:11-CV-01804-DLB
                                  )
12         Plaintiff,              ) **STIPULATION FOR DISMISSAL OF**
                                  ) **ACTION; ORDER**
13    vs.                         )
                                  )
14                                )
                                  )
15 TACOS TIJUANA Y MARISCOS, LLC, et )
   al.,                           )
16                                )
                                  )
17         Defendants.            )
                                  )
18

19         IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

20 Defendants Tacos Tijuana y Mariscos, LLC, Juan Delgado and Ramon Delgado, the parties to

21 this action, by and through their respective counsel, that pursuant to Federal Rule of Civil

22 Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

23 entirety. All parties to bear their own attorney's fees and costs in connection with this lawsuit.

24

25 Date: June 8, 2012                              MOORE LAW FIRM, P.C.

26

27
                                                  /s/Tanya E. Moore
28                                                Tanya E. Moore
                                                  Attorney for Plaintiff Natividad Gutierrez

*Gutierrez v. Tacos Tijuana y Mariscos, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

1
2  Date: June 8, 2012                                              CORFEE STONE & ASSOCIATES
3
4                                                                  /s/ Zachary Best
                                                                   Zachary Best
5                                                                  Attorneys for Defendants Tacos Tijuana y
6                                                                  Mariscos, LLC, Juan Delgado and Ramon
                                                                   Delgado
7
8
9
                                            **ORDER**
10
11
        The parties having so stipulated,
12
        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
13
14
IT IS SO ORDERED.
15
16   Dated:   **June 8, 2012**                              /s/ Dennis L. Beck
                                                         UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

*Gutierrez v. Tacos Tijuana y Mariscos, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order